IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MARSH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　　Defendants. | NO. 1:10-cv-02353 LJO GSA PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 16)<br><br>AMENDED COMPLAINT DUE IN THIRTY DAYS |

On August 29, 2011, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint. Plaintiff failed to file an amended complaint within the allotted thirty days, and on November 1, 2011, a recommendation of dismissal was entered.

A review of the docket indicates that on October 25, 2011, Plaintiff filed a motion titled as a motion to compel. In the same motion, Plaintiff seeks an extension of time to file an amended complaint. The Court finds that good cause exists to grant Plaintiff an extension of time in which to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 1, 2011, recommendation of dismissal is vacated.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **November 3, 2011**　　　　　　　　**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE