# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MARSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　Defendants. | 1:10-cv-02353-LJO-GSA-PC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br>(Doc. 20.)<br><br>THIRTY DAY DEADLINE TO FILE AMENDED COMPLAINT<br><br>ORDER FOR CLERK TO SEND PLAINTIFF COPY OF THE ORDER ISSUED ON NOVEMBER 3, 2011<br>(Doc. 19.) |

Lawrence Marsh ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2011, Plaintiff filed objections to the Findings and Recommendations entered by the Court on November 1, 2011, and requested an extension of time to file an amended complaint. (Doc. 20.) It appears from Plaintiff's objections that he did not receive the Court's order of November 3, 2011, which vacated the Findings and Recommendations. Good cause appearing, Plaintiff's request for extension of time shall be granted, and the Clerk shall be directed to send Plaintiff a copy of the Court's order of November 3, 2011.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time is GRANTED;

1

2. Within thirty days from the date of service of this order, Plaintiff shall file an amended complaint, pursuant to the Court's order of August 29, 2011; and

3. The Clerk is DIRECTED to send Plaintiff a copy of the Court's order entered on November 3, 2011.

IT IS SO ORDERED.

Dated: **December 2, 2011**         /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2