IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MARSH, | 1:10-cv-02353-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 17.) |
| JERRY BROWN, et al., | ORDER DENYING MOTION TO COMPEL RETURN OF WORD PROCESSOR |
| Defendants. | (Doc. 16.) |

Lawrence Marsh ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2011, findings and recommendations were entered, recommending that Plaintiff's motion to compel the return of his word processor, filed on October 25, 2011, be denied. (Doc. 17.)   Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 27, 2011, are ADOPTED in full; and

2. Plaintiff's motion to compel the return of his word processor, filed on October 25, 2011, is DENIED.

IT IS SO ORDERED.

**Dated:   December 9, 2011**               /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE