UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. MARSH,<br><br>            Plaintiff,<br><br>      vs.<br><br>JERRY BROWN, et al.,<br><br>            Defendants. | 1:10-cv-02353-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 31.)<br><br>ORDER FOR THIS CASE TO PROCEED ONLY ON PLAINTIFF'S CLAIM FOR DEPRIVATION OF OUTDOOR EXERCISE AGAINST DEFENDANTS ROHRANDANZ AND KANE FOR MONEY DAMAGES, AND DISMISSING ALL REMAINING CLAIMS AND DEFENDANTS<br><br>ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE |

Lawrence L. Marsh ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2013, findings and recommendations were entered, recommending that this case proceed on Plaintiff's claim for deprivation of outdoor exercise against defendants Rohrandanz and Kane for money damages, and dismissing all remaining claims and defendants. (Doc. 31.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days, and Plaintiff was granted an additional forty-five days

in which to file objections. (Doc. 34.) To date, Plaintiff has not filed objections or requested further extension of time.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 31, 2013, are ADOPTED IN FULL;
2. This case now proceeds on Plaintiff's claim for deprivation of outdoor exercise against defendants Rohrandanz and Kane for money damages;
3. All other claims and defendants are DISMISSED from this action for failure to state a claim upon which relief may be granted, or for violation of Rule 18(a);
4. Plaintiff's claim for excessive force against defendant Montoya is DISMISSED from this action, and defendant Montoya is DISMISSED from this action, under Rule 18(a), without prejudice to filing a new civil rights complaint addressing this claim;
5. Plaintiff's claims for conspiracy, retaliation, inadequate medical care, failure to protect, and inadequate appeals process are DISMISSED from this action for failure to state a claim upon which relief may be granted under § 1983;
6. Defendants Brown, Igbanosa, Lovell, Cano, Sing, and Genis are DISMISSED from this action for failure to state any claims against them; and
7. This case is referred back to the Magistrate Judge for further proceedings, including service of process.

IT IS SO ORDERED.

Dated:   **April 11, 2013**                    **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE